UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FERNANDO LOPEZ VASQUEZ,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-147-G |
| | ) |
| **ROBERT CERNA, Acting Field** | ) |
| **Office Director of Dallas Field Office,** | ) |
| **U.S. Immigration and Customs** | ) |
| **Enforcement, et al.,** | ) |
| | ) |
| Respondents. | ) |

# ORDER

Petitioner Fernando Lopez Vasquez, appearing through counsel, filed a Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. At the time the Petition was filed, Petitioner was in custody in Oklahoma City, Oklahoma. *Id.* at 1, 3. Petitioner has also filed an Emergency Motion for Temporary Restraining Order (Doc. No. 3).

The undersigned has examined the Petition and ORDERS as follows:

1. Respondents shall, **no later than February 2, 2026**, file any response to Petitioner's Emergency Motion for Temporary Restraining Order (Doc. No. 3).

2. **Within fourteen (14) days** of the date of this Order, Respondents shall file an answer to the Petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.[1] Alternatively, Respondents may file a pre-answer motion.

---

[1] The Court may apply the Rules governing 28 U.S.C. § 2254 cases to habeas petitions arising under 28 U.S.C. § 2241. *See* R. 1(b), R. Governing § 2254 Cases in U.S. Dist. Cts.; *Boutwell v. Keating*, 399 F.3d 1203, 1210 n.2 (10th Cir. 2005).

    a. If Respondents file an answer, Petitioner may file a reply **within seven (7) days** after the date the answer was filed. *See* R. 5(e), R. Governing § 2254 Cases in U.S. Dist. Cts.

    b. If Respondents file a motion, Petitioner may file a response **within ten (10) days after the date** the motion was filed. *See* LCvR 7.1(g).

3. The Petition alleges that Petitioner is confined within the territorial jurisdiction of the Western District of Oklahoma. So that counsel may have knowledge of Petitioner's whereabouts and maintain the ability to communicate with him:

    a. Respondents shall file written notice at least seventy-two (72) hours before any instance of removing, transferring, relocating, or otherwise moving Petitioner, regardless of whether the new location is within the territorial jurisdiction of the Western District of Oklahoma.

    b. If Respondents contest that Petitioner is presently being held within the territorial jurisdiction of the Western District of Oklahoma, they shall file a written notice stating the name and location of the facility in which Petitioner is confined. Such notice shall be provided promptly after Respondents become aware of Petitioner's location.

4. The Clerk of Court is directed to send, by email to Assistant United States Attorneys Scott Maule and Rebecca West, copies of each filing entered in this matter as of the date of this Order to the United States Attorney for the Western District of Oklahoma for acceptance on behalf of Respondents.

5. The Clerk of Court is further directed not to issue summonses. *See* R. 4, R. Governing § 2254 Cases in U.S. Dist. Cts.

IT IS SO ORDERED this 28th day of January, 2026.

_____
CHARLES B. GOODWIN
United States District Judge