UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FERNANDO LOPEZ VASQUEZ,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-147-G |
| | ) |
| **ROBERT CERNA, Acting Field** | ) |
| **Office Director of Dallas Field Office,** | ) |
| **U.S. Immigration and Customs** | ) |
| **Enforcement, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

Petitioner Fernando Lopez Vasquez, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on January 28, 2026. *See* Pet. (Doc. No. 1). The Petition alleges: "Petitioner is currently being detained at the US Immigration and Customs Enforcement field office in Oklahoma City," Oklahoma. *Id.* at 1.

That same day, the Court directed Respondents that, if they contested the allegation that Petitioner was being held within the territorial jurisdiction of the Western District of Oklahoma, they must file written notice of the name and location of the facility in which Petitioner is confined. *See* Order of Jan. 28, 2026 (Doc. No. 5) at 2.

On January 29, 2026, Respondents filed a Notice (Doc. No. 8), stating that Petitioner is confined at Bluebonnet Detention Center in Anson, Texas, and that Petitioner "was not in custody within the jurisdiction of" the Western District of Oklahoma when the Petition was filed. *Id.* at 1. Petitioner's January 29, 2026 Amended Response (Doc. No. 10) disputes Respondents' latter allegation, arguing that Petitioner was in custody within the

Western District of Oklahoma when the Petition was filed and was transferred to the Texas facility after Respondents already had received notice that Petitioner's counsel had initiated this proceeding with the Court Clerk's Office.  *See id.* at 2-3.

IT IS THEREFORE ORDERED that, no later than February 3, 2026, Respondents shall file a written reply addressing the Court's jurisdiction over this matter and specifically responding to the factual allegations presented in Petitioner's Amended Response (Doc. No. 10).  Respondents may attach affidavits or other evidentiary support to the reply as appropriate.

IT IS FURTHER ORDERED that the deadline for Respondents to respond to Petitioner's Emergency Motion for Temporary Restraining Order (Doc. No. 3) is hereby extended to February 6, 2026.

IT IS SO ORDERED this 30th day of January, 2026.

_____
CHARLES B. GOODWIN
United States District Judge