# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FERNANDO LOPEZ VASQUEZ,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-147-G** |
| | ) |
| **ROBERT CERNA, Acting Field** | ) |
| **Office Director of Dallas Field Office,** | ) |
| **U.S. Immigration and Customs** | ) |
| **Enforcement, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 12) filed on January 30, 2026, in support of the Request for Admission Pro Hac Vice signed by attorney Melissa Henry.[1]  Attorney Henry is hereby PERMITTED to appear in this matter as counsel for Petitioner Fernando Lopez Vasquez.[2]

On or before February 10, 2026, Attorney Henry shall electronically file an entry of appearance on the form prescribed by the Clerk of Court.  *See* LCvR 83.2(g), 83.4. Attorney Henry is ADVISED that failure to comply with this requirement by February 10,

---

[1] "Exhibits and attachments that are filed electronically shall be submitted as *separate attachments* to the document and shall be clearly labeled with the appropriate exhibit number."  *ECF Policies & Procs. Manual* § II(A)(4)(a) (emphasis added) (citation omitted).  Counsel for Petitioner is advised that future filings that do not comply with the Court's Local Rules or the *ECF Policies & Procedures Manual* may be stricken.

[2] The docket reflects that the required fee of $100.00 has been paid.  *See* LCvR 83.2(g).

2026, will result in vacatur of this Order and denial of the Request for Admission Pro Hac Vice.

IT IS FURTHER ORDERED that, for good cause shown and pursuant to Local Civil Rule 83.3(c), the Court GRANTS the request for relief from the requirements of Local Civil Rule 83.3(a) and allows Attorney Henry to appear in this matter without showing association with local counsel.

IT IS SO ORDERED this 3rd day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2