**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FERNANDO LOPEZ VASQUEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-147-G** |
| | ) | |
| **ROBERT CERNA, Acting Field Office Director of Dallas Field Office, U.S. Immigration and Customs Enforcement, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On October 6, 2026, Petitioner Fernando Lopez Vasquez filed an Emergency Motion to Enforce Habeas Order (Doc. No. 24).

IT IS ORDERED that no later than 12:00 p.m. on October 8, 2026, Respondents shall file a response to Petitioner's Emergency Motion (Doc. No. 24).

IT IS SO ORDERED this 6th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge