**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FERNANDO LOPEZ VASQUEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-147-G** |
| **ROBERT CERNA, Acting Field Office Director of Dallas Field Office, U.S. Immigration and Customs Enforcement, et al.,** | ) | |
| **Respondents.** | ) | |

# ORDER

On September 29, 2026, the Court granted Petitioner Fernando Lopez Vasquez's Petition for Writ of Habeas Corpus (Doc. No. 1) and ordered Respondents, within seven days, to either provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) or release him from custody. *See* Order of Sept. 29, 2026 (Doc. No. 22) at 10. Judgment was entered the same day. *See* J. (Doc. No. 23).

On October 6, 2026, Petitioner filed an Emergency Motion (Doc. No. 24) seeking enforcement of the Court's Order and Judgment. In his Motion, Petitioner asserts that he was deprived of access to counsel at the § 1226(a) bond hearing provided by Respondents and that his counsel was consequently unable to submit supporting documentation. *See id.* at 1-11. The Court ordered Respondents to file a written response to Petitioner's Motion. *See* Order of Oct. 6, 2026 (Doc. No. 25).

Respondents have now responded, stating that "Petitioner was removed to Mexico on October 6, 202[6]." Resp'ts' Resp. (Doc. No. 26) at 1.[1]

IT IS THEREFORE ORDERED that Petitioner's Emergency Motion (Doc. No. 24) is DENIED as moot.

IT IS SO ORDERED this 23rd day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge

[1] While the date provided in the Response is "October 6, 2028," the year appears to be a scrivener's error.